# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jeffrey E. Glen, Esq.
Jglen@andersonkill.com
212-278-1009

# MEMO ENDORSED

Via ECF

May 8, 2018

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

> Application granted. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> May 9, 2018

Re: *Raptor Trading Sys., Inc. v. Beth, et al.*, No. 16-CV-3430 (RA)
*Wallach, et al. v. Lardos, et al.*, No. 16-CV-5392 (RA)

Dear Judge Abrams:

We represent Raptor Trading Systems, Inc., Theodoros Lardos, Mark Hinman, Nelson Ignacio, and Alejandro Gil (collectively, "Raptor") in the above-referenced actions. On May 4, 2018, Michael Wallach and David Beth, the other parties in these actions, filed objections to Magistrate Judge Freeman's April 6, 2018 Order, which resolved a discovery dispute.

On behalf of Raptor, we respectfully request permission to file a response to Mr. Wallach and Mr. Beth's objections by May 14, 2018. Counsel for Mr. Wallach and Mr. Beth has consented to this request. Raptor has not made a prior request for permission to file a response to the objections, and the May 14th deadline will not affect any other deadlines.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Jeffrey E. Glen

Jeffrey E. Glen

cc: All Counsel of Record

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2018

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA