# Exhibit C

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/08/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAPTOR TRADING SYSTEMS, INC.,

        Plaintiff,

v.

DAVID BETH and MICHAEL WALLACH,

        Defendants.

---

MICHAEL WALLACH and DAVID BETH,

        Plaintiffs,

v.

THEODOROS LARDOS, *et al.*,

        Defendants.

No. 16-CV-3430 (RA)
No. 16-CV-5392 (RA)

AMENDED ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

These actions are referred to Magistrate Judge Freeman for the following purpose:

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated:    May 8, 2017
          New York, New York

                                       Ronnie Abrams
                                       United States District Judge