UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RAPTOR TRADING SYSTEMS, INC.,   :   No. 16-cv-3430-RA-DCF
                                :
            Plaintiff,          :
                                :
       v.                       :
                                :
DAVID BETH and MICHAEL WALLACH, :
                                :
            Defendants.         :
------------------------------------x
MICHAEL WALLACH and DAVID BETH, :   No. 16-cv-5392-RA-DCF
                                :
            Plaintiffs,         :
                                :   **NOTICE OF**
       v.                       :   **CHANGE OF ADDRESS**
                                :
THEODOROS LARDOS, MARK HINMAN,  :
NELSON IGNACIO, and ALEJANDRO GIL, :
                                :
            Defendants          :
------------------------------------x

     PLEASE TAKE NOTICE that the firm of O'Hare Parnagian LLP has changed its address effective immediately as follows:

                    O'HARE PARNAGIAN LLP
                    20 Vesey Street, Suite 300
                    New York, NY 10007
                    (212) 425-1401
                    (212) 425-1421 (facsimile)

Dated: New York, New York
November 1, 2018

                                       *s/Andrew C. Levitt*
                                       Robert A. O'Hare Jr.
                                       Andrew C. Levitt
                                       O'HARE PARNAGIAN LLP
                                       20 Vesey Street, Suite 300
                                       New York, NY 10007
                                       (212) 425-1401
                                       rohare@ohareparnagian.com
                                       alevitt@ohareparnagian.com

                                       *Attorneys for Michael*
                                       *Wallach and David Beth*