O'HARE PARNAGIAN LLP

20 VESEY STREET, SUITE 300
NEW YORK, NY 10007
(212) 425-1401
FAX: (212) 425-1421
www.oharepamagian.com

WESTCHESTER OFFICE
700 WHITE PLAINS ROAD, SUITE 255
SCARSDALE, NY 10583-5013
(914) 725-3632
FAX: (914) 725-3639

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/19

April 18, 2019

SO ORDERED:   DATE: 4/18/19

_____
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
(Docket only in 16cv5392)

Via ECF

The Honorable Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Raptor Trading Systems, Inc. v. Beth, et al.*, No. 16-CV-3430-RA-DCF
      *Wallach, et al. v. Lardos, et al.*, No. 16-CV-5392-RA-DCF

Dear Judge Freeman:

We represent Michael Wallach and David Beth ("Wallach and Beth"), the defendants in the first of the above-captioned actions (the "Raptor Action"), and write on behalf of counsel for all parties.

We write to request that the deadlines for the opposition and reply letters to Wallach and Beth's letter-motion to amend their First Counterclaim in the Raptor Action be extended as follows:

- Raptor's opposition due Friday, April 19, 2019 (originally due today, April 18, 2019); and

- Wallach and Beth's reply due Tuesday, April 23, 2019 (originally due Friday, April 19, 2019).

The requested extension is being made because of personal commitments leading up to Passover, Good Friday, and Easter. This is the parties' first request for an extension. Moreover, the requested extension would not affect any other scheduled dates.

Respectfully,

*s/Robert A. O'Hare Jr.*

Robert A. O'Hare Jr.

cc:   Counsel of Record (via ECF)