USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-28-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAPTOR TRADING SYSTEMS, INC.,

                Plaintiff,

      v.

BETH, *et al.*,

                Defendants.

16-CV-3430 (RA)

WALLACH, *et al.*,

                Plaintiffs,

      v.

LARDOS, *et al.*,

                Defendants.

16-CV-5392 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

      In light of the parties scheduling conflict, it is hereby:

      ORDERED that the conference scheduled for August 28, 2020 is adjourned until September 3, 2020 at 11:00 am.  Counsel for all parties shall appear telephonically.  The dial-in information for the call is provided below:

            Call-in Number: (888) 363-4749

            Access Code: 1015508

SO ORDERED.

Dated:    August 28, 2020
             New York, New York

_____
RONNIE ABRAMS
United States District Judge