UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  9-18-20
```

WALLACH, *et al.*,

                Plaintiffs,

      v.

LARDOS, *et al.*,

                Defendants.

16-CV-5392 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The following is hereby ORDERED:

      Trial in this action will commence on May 24, 2021.  In accordance with the Court's individual rules, the parties shall submit a joint pretrial order, motions in limine, proposed findings of fact and conclusions of law, and pretrial memoranda of law by April 26, 2021; any oppositions shall be filed by May 3, 2021; and any replies shall be filed by May 10, 2021.  A final pretrial conference is scheduled for May 17, 2021 at 3:00 p.m.

SO ORDERED.

Dated:    September 18, 2020
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge